**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose Barrios | Social Security number or ITIN   xxx–xx–6512 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–29109–KCF | |

# Order of Discharge                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose Barrios

1/10/20                                                **By the court:**   Kathryn C. Ferguson
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-29109-KCF
Jose Barrios                                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2                Date Rcvd: Jan 10, 2020
                               Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
```
db          +Jose Barrios,    16 Cooper Street,    Manville, NJ 08835-2423
pp          +Doris Bohorquez,    647 Bound Brook Road, Suite 2-A,    Middlesex, NJ 08846-2188
518502348   +AT T Mobility,    P.O. Box 3097,    Bloomington, IL 61702-3097
518502350    CBA Collection Bureau of,    America,    25954 Eden Landing Road First Floor,
              Hayward, CA 94545-3816
518502353   +DS Services of America Inc,    200 Eagles Landing Boulevard,    Lakeland, FL 33810-3058
518502355   +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
518502356   +Gastromed Healthcare PA,    25 Monroe Street,    Bridgewater, NJ 08807-3043
518502357    New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
518502358   +Optimun,    1111 Stewart Ave.,    Bethpage, NY 11714-3533
518502359    P.S.E & G Public Service,    Po Box 14444,    New Brunswick, NJ 08906-4444
518502361    Remex Revenue Management,    Excellence,    307 Wall Street,    Princeton, NJ 08540-1515
518502362   +Rubin & Rothman, LLC,    1787 Veterans Highway Suite 32,    Islandia, NY 11749-1500
518502363    Sa-Vit Collection Agent,    46 W Ferris St,    E Brunswick, NJ 08816-2159
518502364    Sprint,    P.O. Box 491,    Carol Stream, IL 60197
518502368   +University Radiology Group,PC,    P.O. Box 1075,    East Brunswick, Nl 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518502349    EDI: CAPITALONE.COM Jan 11 2020 04:58:00     Capital One Bank (USA N.A.,    Po Box 71083,
              Charlotte, NC 28272-1083
518502351   +E-mail/Text: ering@cbhv.com Jan 11 2020 00:31:47     Collection Bureau Hudson,    Valley,
              155 N Plank Rd,    Newburgh, NY 12550-1748
518502352   +EDI: CONVERGENT.COM Jan 11 2020 04:58:00     Convergent Outsourcing,    800 SW 39th St,
              Renton, WA 98057-4927
518502354   +E-mail/Text: bknotice@ercbpo.com Jan 11 2020 00:32:01     Enhanced Recovery Company,
              P.O. Box 57547,    Jacksonville, FL 32241-7547
518502360    EDI: PRA.COM Jan 11 2020 04:58:00     Porfolio Recovery,    120 Corporate Blvd Ste 100,
              Norfolk, VA 23502-4952
518502365   +EDI: RMSC.COM Jan 11 2020 04:58:00     SYNCB/JC Penneys,    4125 Windward Plaza,
              Alpharetta, GA 30005-8738
518502366    EDI: AISTMBL.COM Jan 11 2020 04:53:00     T-Mobile Bankruptcy Team,    P. O. Box 53410,
              Bellevue, WA 98015-3410
518502367    EDI: TFSR.COM Jan 11 2020 04:58:00     Toyota Financial Services,    P.O. Box 8026,
              Cedar Rapids, lA 52409-8026
518502369   +EDI: VERIZONCOMB.COM Jan 11 2020 04:53:00     Verizon Wireless,    PO Box 660108,
              Dallas, TX 75266-0108
518502370   +EDI: VERIZONCOMB.COM Jan 11 2020 04:53:00     Verizon Wireless Bankruptcy,    Administration,
              500 Technology Drive Suite 550,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 10, 2020
                              Form ID: 318             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:

          Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
           atkinson@remote7solutions.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 4